A92A1715. THE STATE v. TATE.
(445 SE2d 576)

BEASLEY, Presiding Judge.

In *State v. Tate*, 208 Ga. App. 117 (430 SE2d 9) (1993), we reversed the trial court's grant of Tate's motion to suppress. The Supreme Court granted certiorari and reversed our decision. *Tate v. State*, 264 Ga. 53 (440 SE2d 646) (1994). Accordingly, our judgment in this case is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Birdsong, P. J., and Andrews, J., concur.*

DECIDED MAY 6, 1994.

*Garry T. Moss, District Attorney, Gregory A. Hicks, Assistant District Attorney*, for appellant.

*Hesmer & Manning, John R. Hesmer, Jane P. Manning*, for appellee.